THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN BREMER, Respondent.

*People* v. *Bremer*, 66 App. Div. 14, appeal dismissed.
(Argued January 7, 1903; decided January 13, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1902, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

*Francis K. Sweetser, Samuel S. Slater* and *Ellis L. Aldrich* for appellant.

*Herbert R. Limburger* and *Maurice Meyer* for respondent.

Appeal dismissed, with costs; no opinion.
Concur.: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

AMELIA WEBER, Respondent, *v.* THE SUPREME TENT OF THE KNIGHTS OF THE MACCABEES OF THE WORLD, Appellant.

(Submitted January 5, 1903; decided January 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 172 N. Y. 490.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VIOLA W. MYER, Respondent, *v.* ROBERT B. ADAM et al., as Grade Crossing Commissioners of the City of Buffalo, Appellants.

(Submitted January 5, 1903; decided January 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 173 N. Y. 582.)

---

WILLIAM W. WEIGLEY, Respondent, *v.* SYLVESTER H. KNEELAND, Appellant.

(Submitted December 18, 1902; decided January 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 172 N. Y. 625.)